# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ANTONIO SENTELL LEE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV414-271 |
| BRANDON THOMAS, ISABEL PAULEY, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

The Court recommends dismissal of this case because plaintiff Antonio Sentell Lee has failed to comply with the January 16, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court. Doc. 3 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). L.R. 41(b); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 23rd day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA