IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO SENTELL LEE,  )
                      )
    Plaintiff,        )
                      )
v.                    )   CASE NO. CV414-271
                      )
BRANDON THOMAS and ISABEL )
PAULEY,               )
                      )
    Defendants.       )
                      )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, which recommends dismissal of Plaintiff's complaint based on his failure to return a completed Consent Form and Prison Trust Account Statement as previously directed. (Doc. 4.) In his objections, Plaintiff contends that he requested the Prison Trust Account Statement from the accountant for the Chatham County Detention Center, but that it was never provided. (Doc. 6.) Plaintiff has still failed to submit the required documents.

At the very least, Plaintiff should have submitted the Consent Form, which requires no action on the part of the Chatham County Detention Center. With respect to the Prison Trust Fund Account Statement, the Court notes that there is no evidence, other than Plaintiff's assertion, that the

Chatham County Detention Center simply refused to provide him with the statement. However, the Court takes no position on the veracity of Plaintiff's allegations. Nevertheless, the Court will provide Plaintiff with additional time to comply with the Magistrate Judge's order. Accordingly, Plaintiff shall have **forty-five days** from the date of this order to submit both the Consent Form and Prison Trust Fund Account Statement.

SO ORDERED this 13th day of April 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA