# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

ANTONIO SENTELL LEE,               )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )    Case No. CV414-271
                                   )
BRANDON THOMAS,                    )
ISABEL PAULEY,                     )
                                   )
    Defendants.                    )

## REPORT AND RECOMMENDATION

The Court again recommends dismissal of this case because plaintiff Antonio Sentell Lee has failed to comply with the May 28, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 3 at 5 (Order warning of dismissal if he failed to return his PLRA forms by January 16, 2015); doc. 7 at 1-2 (Order granting Fed. R. Civ. P. 72(b)(2) Objection, setting May 28, 2015 as the new due date). L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989);

*Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 5ᵗʰ day of June, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA