IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO SENTELL LEE, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV414-271
 )
BRANDON THOMAS and ISABEL )
PAULEY; )
 )
    Defendants. )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed.[1] After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case.[2] As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of June 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Magistrate Judge previously recommended dismissal of this case based on Plaintiff's failure to timely return the Consent Form and Prison Trust Account Statement as directed by the Court. (Doc. 4.) In his objection to that Report and Recommendation, Plaintiff stated that the accountant for the Chatham County Detention Center had failed to return the completed form. (Doc. 6.) As a result, the Court provided Plaintiff with an additional forty-five days to submit the required documents. (Doc. 7.) However, Plaintiff has still failed to comply with the Court's order, despite having 188 days to do so.

[2] The previous Report and Recommendation is **DISMISSED AS MOOT**.