AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Antonio Sentell Lee

JUDGMENT IN A CIVIL CASE

v.  CASE NUMBER: CV414-271

Brandon Thomas et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 24, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this complaint without prejudice. This action stands closed.



June 25, 2015                                                        Scott L. Poff
*Date*                                                                     *Clerk*

                                                                         (By) Deputy Clerk

GAS Rev 10/1/03